■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM CHAPMAN and GEORGE HOGAN.— Motion for adjournment and consolidation granted to the extent of adjourning the appeal of defendant William Chapman to the March 1963 Term of this court, and the appeals of defendants are consolidated for purposes of argument, with the District Attorney, New York County, being granted permission to file a single brief covering both appeals. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ EMILY LEESER v. MAURICE SCHNELLING.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 13, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before February 27, 1963. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of WILLIAM SCHNEIDER v. STATMASTER CORPORATION.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.